I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:        DATE:        DEPUTY CLERK:

Plaintiff    08/23/2018    N. Boehme

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MIRSHAFIEE,<br><br>     Plaintiff,<br><br>     v.<br><br>ANAHEIM GLOBAL MEDICAL CENTER, INC. et al.,<br><br>     Defendants. | No. SA CV 18-1063-JVS (DFM)<br><br>ORDER TO SHOW CAUSE |

On July 19, 2018, the Court ordered Plaintiff to file and serve his opposition to Defendant Anaheim Global Medical Center, Inc.'s Motion to Dismiss on or before August 17, 2018. See Dkt. 11. The Court also explicitly warned Plaintiff that failure to do so may be deemed as consent to the granting of the Motion to Dismiss under Local Rule 7-12, which provides:

> The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or

denial of the motion, with the exception that a motion pursuant to F.R.Civ.P. 56 may not be granted solely based on the failure to file an opposition.

Plaintiff's time to file an opposition to Defendant's motion to dismiss has now expired.

Accordingly, within fourteen (14) days of the date of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file an opposition to Defendant's motion to dismiss, and why the Court should not dismiss this action without prejudice under Local Rule 7-12 and for Plaintiff's failure to comply with the Court's July 19, 2018, order; (b) serve and file his opposition to Defendant's motion to dismiss; or (c) serve and file a notice of voluntary dismissal, which would be without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff is expressly forewarned that if he fails to do any of the aforementioned, the Court will deem such failure as a further violation of a Court order justifying a recommendation of dismissal and/or consent to the Court's recommending a granting of Defendant's motion to dismiss. If Plaintiff chooses to dismiss this action voluntarily, Plaintiff should use the Court's standard CV-09 notice of dismissal form, which can be found on the Court's website. The Clerk is directed to send Plaintiff a copy of the dismissal form with this order.

Dated: August 23, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge